IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| LUTHER PAUL STEWART,       ) | |
| )   | |
|    Plaintiff,            ) | |
| )   | CIVIL ACTION NO. |
| v.                         ) | 2:13cv859-MHT |
| )   | (WO) |
| CITY OF MONTGOMERY, etc.,  ) | |
| et al.,                    ) | |
| )   | |
|    Defendants.           ) | |

## OPINION

Relying on both federal and state law, plaintiff Luther Paul Stewart charges defendants City of Montgomery Alabama, Fire Chief Miford Jordan, Assistant Fire Chief John Petrey, and Lieutenant William A. Fulton with malicious prosecution and false imprisonment. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that the defendants' motion for summary judgment should be granted in their favor. Stewart has filed objections to the recommendation. After an independent and de novo review of the record, the court concludes

that the objections should be overruled and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 30th day of March, 2016.

                                        /s/ Myron H. Thompson
                                        **UNITED STATES DISTRICT JUDGE**